AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Evel Jose NAVARRO-ZUNIGA,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 13-8064-JMH<br>)<br>)<br>) |

FILED by _____ D.C.
FEB - 6 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Illegal re-entry after deportation subsequent to the commission of a felony offense. |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/6/13

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__   U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. EVEL JOSE NAVARRO-ZUNIGA
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Evel Jose NAVARRO-ZUNIGA, also known as "Evel ALVARES-MEDINA," "Victor Manuel MENDEZ," " Ever Jose ALVARES-MEDINA," and "Jose NAVARRO" committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about January 30, 2013, an individual identifying himself as Jose NAVARRO was arrested in Palm Beach County, Florida on charges of trespassing and possession of marijuana. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States under alien number A096 175 080, that is, Evel Jose NAVARRO-ZUNIGA.

4. On or about January 31, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Cynthia Alcocer took a sworn statement from individual identifying

1

himself as Jose NAVARRO. Post-*Miranda,* Evel Jose NAVARRO-ZUNIGA admitted to being a citizen of Honduras. He further admitted to last entering into the United States in 2012, after being deported from the United States on three separate occasions. Evel Jose NAVARRO-ZUNIGA further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about February 4, 2013, your affiant received the immigration alien file assigned to Evel Jose NAVARRO-ZUNIGA. Official records within alien file assigned to Evel Jose NAVARRO-ZUNIGA show that he is a native and citizen of Honduras. Records further show that on or about March 23, 2004, Evel Jose NAVARRO-ZUNIGA was ordered removed from the United States. The Order of Removal was executed on or about October 4, 2007. Thereafter, Evel Jose NAVARRO-ZUNIGA returned to the United States, this time using the name Evel ALVARES-MEDINA. He was removed on or about May 15, 2008. Evel Jose NAVARRO-ZUNIGA again returned to the United States. On or about September 17, 2009, Evel Jose NAVARRO-ZUNIGA was removed from the United States to Honduras for the third time, at that time using name Victor Manuel MENDEZ.

6. Records further show that, on or about August 27, 2009 in the Third District Court, Salt Lake Department, in and for the County of Salt Lake, State of Utah, Evel Jose NAVARRO-ZUNIGA was convicted of distribution of or arranging to distribute a controlled substance in case number 091906467 FS.

7. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about January 30, 2013, using the name JOSE NAVARRO was the

same person previously removed from the United States on or about October 4, 2007, May 15, 2008 and September 17, 2009, that is, Evel Jose NAVARRO-ZUNIGA.

8. Your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A096 175 080 for the alien identified as Evel Jose NAVARRO-ZUNIGA, verifying that, after a diligent search, no record was found to exist indicating that Evel Jose NAVARRO-ZUNIGA had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about January 30, 2013, Evel Jose NAVARRO-ZUNIGA, also known as "Evel ALVARES-MEDINA," Victor Manuel MENDEZ, Ever Jose ALVARES-MEDINA and Jose NAVARRO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this ___6___ day of February, 2013.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8064-JMH

UNITED STATES OF AMERICA

vs.

EVEL JOSE NAVARRO-ZUNIGA,

        Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No


                    By:    *s/ Lothrop Morris*
                             LOTHROP MORRIS
                             Florida Bar No. 0095044
                             Assistant United States Attorney
                             500 South Australian Avenue, Suite 400
                             West Palm Beach, FL 33401
                             Telephone: 561 820-8711
                             Facsimile: 561 820-8777
                             Lothrop.Morris@usdoj.gov